IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Filed / Docketed
March 26, 2007

IN RE:

FOREST HILL FUNERAL HOME & MEMORIAL PARK - EAST, LLC, a Tennessee, LLC, d/b/a FOREST HILL FUNERAL HOME AND MEMORIAL PARK - MIDTOWN, d/b/a FOREST HILL FUNERAL HOME AND MEMORIAL PARK - SOUTH, d/b/a EDGEWOOD MEMORIAL PARK, d/b/a ARLINGTON PARK CEMETERY, d/b/a MEMORIAL PARK, d/b/a REST HAVEN MEMORIAL GARDENS,

Case No. 07-80056
Chapter 11

Debtor.

## JUDGMENT

THIS MATTER comes before the Court pursuant to the Motion of the Tennessee Department of Commerce & Insurance for § 305 Abstention and Dismissal or § 1112 Dismissal of Chapter 11 Case or in the Alternative to Transfer Venue (the "Motion"). An evidentiary hearing on the Motion was held on March 12, 2007. The issues having been duly considered and a decision having been reached, for the reasons set forth in the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ORDERED that this Chapter 11 bankruptcy case be, and the same hereby is, dismissed.

IT IS FURTHER ORDERED that the Clerk of this Court shall cause a copy of this Order to be served upon all creditors and parties in interest.

Dated this 26th day of March, 2007.

BY THE COURT:

TERRENCE L. MICHAEL
UNITED STATES BANKRUPTCY JUDGE

4841.1

2